JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELMER JULIAN MACHADO,<br><br>        Petitioner,<br><br>v.<br>KRISTI NOEM, *et al.*,<br><br>        Respondents. | Case No. 5:26-cv-01119-AYP<br><br>JUDGMENT |

Pursuant to the JOINT PROPOSED GRANT OF PETITION AND ENTRY OF JUDGMENT UNDER 28 U.S.C. § 2241, ECF 15, it is adjudicated that the Petition is GRANTED consistent with the reasons and findings that are already set forth in the Court's order granting in part Petitioner's request for a preliminary injunction (ECF 13). The Clerk of Court is directed to CLOSE the case.

Dated: May 15, 2026



_____

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE